UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDEN MURRAY, an
individual,

      Plaintiff,

v.                               Case No.:  2:23-cv-47-JLB-KCD

INSTA MOBILITY, INC.,

      Defendant.

_____/

## ORDER

This case was before the Court for a preliminary pretrial conference. During the hearing, the parties requested a stay pending resolution of a motion to compel arbitration that is pending in a similar suit in the Southern District of Florida.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). A decision to stay is left to the discretion of the district court. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997).

After considering the parties' representations and the procedural posture of this case, the Court agrees that a stay is appropriate. Accordingly, it is now **ORDERED**:

1.    This case is stayed pending resolution of the companion arbitration motion pending in the Southern District of Florida.

2.    Either party may otherwise petition the Court to lift the stay at any time.

3.    The parties are directed to file a joint notice regarding the status of the case in the Southern District on June 30, 2023, and every sixty days thereafter until the stay is lifted.

4.    The Clerk is directed to add a stay flag to this case and cancel all outstanding deadlines and hearings.

**ENTERED** in Fort Myers, Florida on May 15, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record