IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDEN MURRAY,  
an individual,

      Plaintiff,

v.

INSTA MOBILITY, INC.,  
a Florida corporation,

      Defendant.  
_____/

Case No. 2:23-cv-00047-JLB-KCD

## JOINT NOTICE OF RELATED CASE STATUS

Plaintiff, BRANDEN MURRAY, and Defendant, INSTA MOBILITY, INC., in compliance with the Court's Order [Doc. 28] dated May 15, 2023, hereby submit notice of the status of the related case *Tullia Heissenberg v. Cell Nation of 3006 Broadway Corp., et al.*, Case No. 9:22-cv-81729-AMC, pending in the United States District Court, Southern District of Florida, West Palm Beach Division (the "*Heissenberg* Lawsuit") [Notice of Related Action, Doc. 23].

1. On May 15, 2023, this Court entered an Order staying this case pending resolution of the companion arbitration motion pending in the *Heissenberg* Lawsuit in the United States District Court for the Southern District of Florida (the "Order"). [Doc. 28]

2. The Order directed the parties herein to file a joint notice regarding the status of the case in the *Heissenberg* Lawsuit in the Southern District on June 30, 2023, and every sixty days thereafter until the stay is lifted.

3. The parties hereby comply with that direction and notify the Court that the motion to compel arbitration in the *Heissenberg* Lawsuit in the Southern District remains pending. The parties tentatively expect an order on that motion in August or September of this year.

## Local Rule 3.01(g) Certificate

Counsel for Defendant provided a copy of this Joint Notice of Related Case Status to counsel for Plaintiff for review and feedback. Counsel for Plaintiff and Defendants hereby *agree and approve* the foregoing Joint Notice of Related Case Status, which was prepared by Defendant's counsel.

Dated this 30th day of June, 2023.

| | |
|---|---|
| **SILVER MILLER** | Childers Law, LLC |
| 4450 NW 126th Avenue – Suite 101<br>Coral Springs, Florida 33065<br>Telephone: (954) 516-6000 | 2135 NW 40th Terrace, Suite B<br>Gainesville, Florida 32605<br>tel 866-996-6104   fax 407-209-3870 |
| */s/ David C. Silver*<br>DAVID C. SILVER<br>Florida Bar No. 572764<br>E-mail: DSilver@SilverMillerLaw.com | */s/ Seldon J. Childers*<br>Seldon J. Childers<br>Florida Bar No. 61112<br>jchilders@smartbizlaw.com<br>notice@smartbizlaw.com |
| JASON S. MILLER<br>Florida Bar No. 072206<br>E-mail: JMiller@SilverMillerLaw.com | CH LAW FIRM, PLLC |
| *Counsel for Plaintiff Branden Murray* | */s/ Charles H. Hardage*<br>Charles H. Hardage<br>Florida Bar No. 76917<br>5937 Valentino Way<br>Lakeland, FL 33812<br>Phone: (904) 426-7257<br>hardagelaw@gmail.com<br>servicehardagelaw@gmail.com |
| | *Attorneys for Defendant,<br>Insta Mobility, Inc.* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the date of the filing of this document by CM/ECF electronic transmission to all counsel of record as follows:

David C. Silver, Esq.
Jason S. Miller, Esq.
Silver Miller
4450 NW 126th Avenue, Suite 101
Coral Springs, FL 33065
DSilver@SilverMillerLaw.com
JMiller@SilverMillerLaw.com
*Attorneys for Plaintiff*

                                                                 /s/ Charles H. Hardage
                                                                 Attorney