**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Case No. 2:23-cv-00047-JLB-KCD

BRANDEN MURRAY, an individual,

    Plaintiff,

v.

INSTA MOBILITY, INC., a Florida corporation,

    Defendant.
_____/

**JOINT STIPULATION AND**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff BRANDEN MURRAY and Defendant INSTA MOBILITY, INC., (Plaintiff and Defendant referred to herein as "the Parties"), by and through their respective undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby jointly stipulate and agree to voluntarily DISMISS WITHOUT PREJUDICE all claims asserted by all Parties in this matter and proceed to arbitration. In stipulating to this dismissal, the parties do not waive any claims, defenses, or objections in arbitration or any future subsequent court proceedings.

    All pending motions in this matter are withdrawn as moot; and each Party is to bear his/its own costs, expenses, and attorneys' fees associated with the above-captioned action.

    Dated this __4th__ day of __December 2023__.

Joint Stipulation and Voluntary Dismissal Without Prejudice
*Branden Murray v. Insta Mobility, Inc.*
Case No. 2:23-cv-00047-JLB-KCD
- Page 2 of 2 -

Respectfully submitted,

| | |
|---|---|
| **SILVER MILLER** | **CHILDERS LAW, LLC** |
| 4450 NW 126th Avenue – Suite 101 | 40th Terrace, Suite B |
| Coral Springs, Florida 33065 | Gainesville, Florida 32605 |
| Telephone: (954) 516-6000 | tel 866-996-6104  fax 407-209-3870 |
| | |
| */s/ David C. Silver* | */s/ Seldon J. Childers* |
| David C. Silver | Seldon J. Childers |
| Florida Bar No. 572764 | Florida Bar No. 61112 |
| E-mail: DSilver@SilverMillerLaw.com | jchilders@smartbizlaw.com |
| Jason S. Miller | notice@smartbizlaw.com |
| Florida Bar No. 072206 | |
| E-mail: JMiller@SilverMillerLaw.com | **CH LAW FIRM, PLLC** |
| | |
| *Counsel for Plaintiff Branden Murray* | */s/ Charles H. Hardage* |
| | Charles H. Hardage |
| | Florida Bar No. 76917 |
| | 5937 Valentino Way |
| | Lakeland, FL 33812 |
| | Phone: (904) 426-7257 |
| | hardagelaw@gmail.com |
| | servicehardagelaw@gmail.com |
| | |
| | *Attorneys for Defendant,* |
| | *Insta Mobility, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __4th__ day of December 2023 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **SELDON J. CHILDERS, ESQ.**, CHILDERS LAW, LLC, *Counsel for Defendant Insta Mobility, Inc.*, 2135 NW 40th Terrace - Suite B, Gainesville, Florida 32605, E-mail: jchilders@smartbizlaw.com; and **CHARLES HARDAGE, ESQ.**, CH LAW FIRM, PLLC, *Counsel for Defendant Insta Mobility, Inc.*, 5937 Valentino Way, Lakeland, FL 33812, E-mail: HardageLaw@gmail.com.

　　　　　　　　　　　　　　　　　　　　　　/s/ David C. Silver
　　　　　　　　　　　　　　　　　　　　　　DAVID C. SILVER